**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LINENS HOLDING CO., et al.,[1] | : | Case No. 08-10832 (CSS) |
| Debtors. | : | Jointly Administered |
| LINENS HOLDING CO., et al., | : | |
| Plaintiffs, | : | |
| v. | : | Adv. Pro. No. 09-53185 (CSS) |
| WINCHESTER CENTER, LLC | : | |
| Defendant. | : | |

**NOTICE OF DISMISSAL OF ADVERSARY ACTION**
**AGAINST DEFENDANT WINCHESTER CENTER, LLC**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff hereby dismisses the Complaint against Winchester Center LLC without prejudice in this adversary action.

*[Remainder of the Page Intentionally Left Blank]*

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0138), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479).

| | |
|---|---|
| Dated: January 25, 2010<br><br>Wilmington, Delaware | **CIARDI CIARDI & ASTIN**<br><br>*/s/ Carl D. Neff*<br>Daniel K. Astin (No. 4068)<br>Anthony M. Saccullo (No. 4141)<br>Mary E. Augustine (No. 4477)<br>Carl D. Neff (No. 4895)<br>919 North Market Street, Suite 700<br>Wilmington, DE 19801<br>(302) 658-1100<br>(302) 658-1300 facsimile<br>dastin@ciardilaw.com<br>asaccullo@ciardilaw.com<br>maugustine@cirardilaw.com<br>cneff@ciardilaw.com<br><br>*Attorneys For Plaintiff, Linens Holding Co., et al., Debtors* |